# United States District Court
# District of Connecticut

## Docket: 3:20-cv-00319 (JBA)

**ROSS, ET AL,**
**Plaintiffs,**

**v.**

**MELLEKAS, ET AL,**
**Defendants,**

APR 20 2020 AM 11:55
FILED-USDC-CT-NEW HAVEN

## MOTION FOR LEAVE OF THE TRIAL COURT IN FILING AMICUS CURIAE IN SUPPORT OF THE PLAINTIFFS AND DUTKIEWICZ' COMPELLING INTEREST

Thomas M. Dutkiewicz
24 Atkins Avenue
Bristol, CT 06010
860-833-4127

## I. __INTRODUCTION TO MOTION__

1.  The undersign Thomas Dutkiewicz ("Dutkiewicz") offers up this Amicus Brief to

    the Trial Court for the following reasons:

    a.  In support of Plaintiffs:

    b.  Dutkiewicz has a compelling interest:

    c.  Dutkiewicz can offer insight to the court:

## II. __ABOUT THE UNDERSIGN__

2.  Dutkiewicz knows a lot about "Infringement" of a person's rights because he

    successfully prosecuted a Federal case of infringement all the way to the U.S.

    Court of Appeals for the 1st Circuit under the STA-Act.[1]  Dutkiewicz prosecuted

    that landmark case as a Pro Se litigant in _Dutkiewicz vs. Clean Harbors, 95-STA-_

    _34, D&O of ARB, at 7 (August 8, 1997)_.  Dutkiewicz carved out a new "Protected

    Right" that didn't exist for all Americans based on his arguments.

3.  Dutkiewicz demonstrated the company's Chain of Command was an

    Infringement on an employee's protected rights thus making the Chain of

    Command unlawful in all 50 states.  Dutkiewicz' case has not only set a

    precedent; it is the law of the land.  OSHA[2] didn't want to prosecute the case so

    Dutkiewicz prosecuted it Pro Se.  Now that the case is the law of the land, OSHA

    investigators and attorneys uses it routinely in all 50 states as well as private

    attorneys.  No attorney in the United States argued the case like Dutkiewicz.

---

[1] Surface Transportation Assistance Act
[2] Occupational Safety Health Administration.

## III. <u>DUTKIEWICZ' COMPELLING INTEREST</u>

4.  In the entitled action, the Plaintiffs are challenging C.G.S. § 53-202x(f)[3] ("the

    statute") due to its infringement of the Second and Fourteenth Amendment.  Like

    the Plaintiffs, Dutkiewicz' Second and Fourteenth Amendment rights are also

    infringed upon depriving him of his constitutional right to keep and bear arms.

    This deprivation directly effects Dutkiewicz' ability to protect himself and his

    family.  By the Defendants reducing Dutkiewicz' "Standard"[4] 17 round magazines

    to a small 10 round magazine, the Defendants have reduced his level of safety

    and protection by 41% which is an unsafe level and substandard.  The

    Defendants lack jurisdiction on the level of protection that Dutkiewicz should or

    shouldn't have.

5.  Dutkiewicz has a permit to carry in Connecticut which was approved and signed

    off by the F.B.I., State Police and the local Police chief.  All 3 levels signed off on

    Dutkiewicz' ability to carry in the State of Connecticut with no restrictions or

    concerns.

6.  **In Conclusion**, that Dutkiewicz' has a compelling interest in protecting his

    Second and Fourteenth Amendment rights and that his Motion for Leave of the

    Court be **<u>GRANTED</u>** so he can continually protect those rights the Defendants

    chose to infringe upon.  Dutkiewicz can also add a tremendous amount of insight

    for the court consideration.

---

[3] Connecticut General Statute
[4] A 17 round magazine is the standard or normal magazine.  A 17 round magazine isn't a high capacity magazine.  That fabricated term was to demonize guns.

Respectfully Submitted,

Date:  **April 16, 2020**

Thomas Dutkiewicz
24 Atkins Avenue
Bristol, CT 06010
860-833-4127

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has caused a copy of the above-named document

was mailed by first class mail to the following interested persons on April 16, 2020.


David Jensen & Associates
33 Henry Street
Beacon, NY 12508
Phone: 212-380-6615
Fax: 914-591-1318
david@djensenpllc.com




**Date:  April 16, 2020**

_____

Thomas Dutkiewicz

24 Atkins Avenue

Bristol, CT 06010

860-833-4127

## CERTIFICATION OF COMPLIANCE WITH PRACTICE BOOK §66-3

I certify that the foregoing document complies with the provisions of P.B. §66-3 in that the type size is Arial and 12 point.

Thomas Dutkiewicz

## CERTIFICATION OF COMPLIANCE WITH PRACTICE BOOK §67-2

I hereby certify that the foregoing Brief complies in all respects with the requirements of Practice Book §67-2.

Thomas Dutkiewicz