UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN ROSS, *et al.*, | : | CIVIL NO. 3:20-CV-00319 (JBA) |
|    *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| MELLEKAS, *et al.*, | : | |
|    *Defendants*. | : | FEBRUARY 11, 2021 |

## **JOINT MOTION TO MODIFY THE SCHEDULING ORDER (DOC. #32)**

The parties hereby jointly and respectfully move to modify the scheduling order (Doc. #32.) Specifically, the parties request the discovery deadline be extended from February 11, 2021 until April 12, 2021.

The parties are still engaged in active discovery in this case. The parties have exchanged written discovery requests. The Defendants have responded to the Plaintiffs written discovery requests. Plaintiffs have partially responded to the Defendants' written discovery requests and the parties are still in the process of resolving a discovery dispute via a proposed protective order. However, the parties have been unable to arrange depositions of the various witnesses in this case, including the expert witnesses disclosed by Defendants' on December 11, 2020 and the expert witness disclosed by the Plaintiffs on January 15, 2021. The parties therefore submit that additional time is necessary to complete discovery in this case, which includes hopefully avoiding litigation on any outstanding discovery disputes.

Accordingly, the parties jointly request an extension of sixty days of the current discovery deadline, which would close discovery in this case on April 12, 2021. WHEREFORE, the parties respectfully request the Court grant this Motion.

DEFENDANTS
Mellekas et al.

WILLIAM TONG
ATTORNEY GENERAL

BY: _____

James M. Belforti
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
Fax:  (860) 808-5591
Federal Bar No. ct30449
E-Mail:  james.belforti@ct.gov


By: *Janelle R. Medeiros*
Janelle R. Medeiros
Assistant Attorney General
Federal Bar No. ct30514
110 Sherman Street
Hartford, CT  06105
Telephone: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail:  Janelle.medeiros@ct.gov


BY: */s/ Samantha C. Wong*
Samantha C. Wong
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct30974
E-Mail:  samantha.wong@ct.gov
Tel.:  (860) 808-5450
Fax:  (860) 808-5591

PLAINTIFFS
SUSAN ROSS, ET AL

**BY:/s/ David D. Jensen**
David D. Jensen [ct30884]

2

                DAVID JENSEN & ASSOCIATES
                33 Henry Street Beacon, New York 12508
                Tel: 212.380.6615
                Fax: 914.591.1318
                david@djensenpllc.com

## **CERTIFICATION**

I hereby certify that on February 11, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                _____
                James M. Belforti
                Assistant Attorney General