UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN ROSS, *et al.*, | : | CIVIL NO. 3:20-CV-00319 (JBA) |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| MELLEKAS, *et al.*, | : | |
| *Defendants.* | : | FEBRUARY 18, 2021 |

## JOINT STATUS REPORT (RE DOC. #32)

The parties hereby jointly and respectfully report the following with regard to the status of discovery:

- The parties are still engaged in active discovery in this case.

- The parties have exchanged written discovery requests. On February 5, 2021, Defendants responded to the Plaintiffs' written discovery requests, propounded on December 17, 2020, which the Plaintiffs are currently reviewing.

- On January 11, 2021, and February 18, 2021, Plaintiffs responded to the Defendants' written discovery requests which were propounded on September 25, 2020, except for certain objections that the parties are currently resolving by means of a protective order.

- The parties anticipate submitting a proposed protective order to the Court within the few days, which should resolve the objections referenced above.

- Defendants disclosed expert witnesses on December 11, 2020.

- Plaintiffs disclosed expert witnesses on January 15, 2021.

- Defendants intend to take the depositions of both individual Plaintiffs, and Plaintiffs' expert witness, once they receive completed written discovery

responses from Plaintiffs and resolve the discovery dispute regarding Plaintiffs' personal identifying information. Similarly, Plaintiffs intend to take depositions from both the Defendants and the Defendants' expert witnesses.

- The parties have sought an extension of time until April 12, 2021, for the close of discovery, as set forth in Doc. # 33, which the Court recently granted.

        DEFENDANTS
        Mellekas et al.

        WILLIAM TONG
        ATTORNEY GENERAL

BY: _____
        James M. Belforti
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Tel:  (860) 808-5450
        Fax:  (860) 808-5591
        Federal Bar No. ct30449
        E-Mail:  james.belforti@ct.gov

By: *Janelle R. Medeiros*
        Janelle R. Medeiros
        Assistant Attorney General
        Federal Bar No. ct30514
        110 Sherman Street
        Hartford, CT  06105
        Telephone: (860) 808-5450
        Fax No.: (860) 808-5591
        E-Mail:  Janelle.medeiros@ct.gov

BY: */s/ Samantha C. Wong*_____
        Samantha C. Wong

Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct30974
E-Mail: samantha.wong@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

PLAINTIFFS
SUSAN ROSS, ET AL

**BY:/s/ David D. Jensen**
David D. Jensen [ct30884]
DAVID JENSEN & ASSOCIATES
33 Henry Street Beacon, New York 12508
Tel: 212.380.6615
Fax: 914.591.1318
david@djensenpllc.com

## CERTIFICATION

I hereby certify that on February 18, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
James M. Belforti
Assistant Attorney General