UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN ROSS, *et al.*, | : | CIVIL NO. 3:20-CV-00319 (JBA) |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| MELLEKAS, *et al.*, | : | |
| *Defendants.* | : | APRIL 20, 2021 |

## **DEFENDANTS' MOTION TO COMPEL**

Pursuant to Fed. R. Civ. P. 37 and Local Rule 7, the Defendants move to compel the Plaintiffs to provide responses to their requests for production of documents and interrogatories. Specifically, Defendants seek the Court order Plaintiffs to provide responses to their requests for production and requests for interrogatories which were propounded in September, 2020.

As set forth more fully in the Defendants' accompanying memorandum of law, Plaintiffs have refused to respond to interrogatories and requests for production seeking information relating to the amount of and types of firearms, ammunition, and magazines that they own, possess, declared, and carry. The parties have diligently attempted to resolve this dispute but have been unable to do so. Such information is well within the bounds of discovery, is critical to the Defendants' defenses in this action, and is not privileged or protected from disclosure. Plaintiffs have no valid legal basis to object to these requests and should be compelled to provide responses forthwith, as their refusal to do so and the parties' inability to come to a compromise regarding this dispute has stalled the progression of discovery.

Wherefore, for the reasons set forth more fully in the accompanying memorandum of law and supporting exhibits, the Defendants respectfully request the Court grant their motion to compel.

DEFENDANTS
Mellekas et al.

WILLIAM TONG
ATTORNEY GENERAL

BY: _____
        James M. Belforti
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Tel:  (860) 808-5450
        Fax:  (860) 808-5591
        Federal Bar No. ct30449
        E-Mail:  james.belforti@ct.gov

By: *Janelle R. Medeiros*
      Janelle R. Medeiros
      Assistant Attorney General
      Federal Bar No. ct30514
      110 Sherman Street
      Hartford, CT  06105
      Telephone: (860) 808-5450
      Fax No.: (860) 808-5591
      E-Mail:  Janelle.medeiros@ct.gov

BY: */s/ Samantha C. Wong*
      Samantha C. Wong
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT 06105
      Federal Bar #ct30974
      E-Mail:  samantha.wong@ct.gov
      Tel.:  (860) 808-5450
      Fax:  (860) 808-5591

**CERTIFICATION**

I hereby certify that on April 20, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Janelle R. Medeiros*
Janelle R. Medeiros
Assistant Attorney General