UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN ROSS; DOMENIC BASILE; CONNECTICUT CITIZENS DEFENSE LEAGUE, INC.; and SECOND AMENDMENT FOUNDATION, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>STAVROS MELLEKAS in his official capacity as the Colonel of the Connecticut State Police; JAMES C. ROVELLA in his official capacity as the Commissioner of the Department of Emergency Services and Public Protection; and RICHARD J. COLANGELO, JR. in his official capacity as the Chief State's Attorney for the State of Connecticut,<br><br>*Defendants.* | No. 3:20-cv-00319-JBA |

## **STIPULATION OF DISMISSAL**

The Plaintiffs and Defendants, by their undersigned counsel, hereby stipulate and agree to the dismissal of this action, without prejudice and without costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: June 22, 2021

| Counsel for Plaintiffs: | Counsel for Defendants |
|---|---|
| /s/ David D. Jensen | |
| David D. Jensen | James M. Belforti |
| David Jensen PLLC | Assistant Attorney General |
| 33 Henry Street | 110 Sherman Street |
| Beacon, New York 12508 | Hartford, CT 06105 |
| Tel: (212) 380-6615 | Tel: (860) 808-5450 |
| Fax: (917) 591-1318 | Fax: (860) 808-5591 |
| Federal Bar No. ct30884 | Federal Bar No. ct30449 |
| david@djensenpllc.com | E-Mail: james.belforti@ct.gov |

-2-

<u>Janelle Medeiros</u>
Janelle R. Medeiros
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct30514
E-Mail:  janelle.medeiros@ct.gov
Tel.:  (860) 808-5450
Fax:  (860) 808-559

## Certification

I hereby certify that on June 22, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u> /s/ David D. Jensen </u>
David D. Jensen [ct30884]